IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDDLE DISTRICT OF NORTH CAROLINA

**Hassie-Demond Nowlin**
Plaintiff

Vs.                                                    Case No.: 1:11CV19

**LAND SAFE CREDIT**
Defendant

## Motion for Default Judgment

Comes now the Plaintiff **Hassie-Demond Nowlin**:

The Plaintiff motions the court for default judgment as outlined in the Federal Rules of Procedure 4 & 55. The clerk of the court served upon the Defendant LAND SAFE CREDIT the Summons and Complaint for this action on or about the 13th Day of JANUARY 2011 and the Defendant signed the US mail receipt and it was returned to the clerk. According to the record the Defendant was due to respond on JANUARY 18th 2011. The Defendant has 20 days to respond and the defendant has failed to do so as required by the summons and complaint outlined in Rule 4. The Defendant has not been represented and has not responded to the complaint.

The Plaintiff has attached an affidavit of competency as required by the Rules of Procedure.

The plaintiff motions the court to issue a default judgment in favor of the Plaintiff in the amount of. $159000. As outlined in the complaint.

Respectfully submitted this 28th Day of FEBUARY 2011.

*/s/ Hassie Demond Nowlin*

Hassie-Demond Nowlin
2020 anthony Court
Greensboro, North Carolina [27406]

**(336)327-5716**